UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INFORMATION |
| | ) | CR 414-156 |
| HARRY E. WALKER | ) | |
| | ) | |
| Defendant | ) | |

## LEAVE OF COURT

Leave of Court is GRANTED for the filing of the foregoing dismissal of the Information pending against Defendant **HARRY E. WALKER** without prejudice.

SO ORDERED, this 30th day of April, 2018.

_____
HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA